KATHERINE SIEGFRIED, CASBN 250558
Law Office of Katherine Siegfried, Esq.
1300 Clay St, Ste 600
Oakland, California 94612
Phone: (510) 465-0016
Fax: (510) 217-3979
kat@siegfriedlegal.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RAUL CHAVEZ

    Plaintiff,

    vs.

SSA COMMISSIONER,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 25-cv-9474-LJC

**STIPULATION AND ORDER APPROVING SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of TWELVE THOUSAND DOLLARS ($12,000). This amount represents compensation for all legal services rendered on behalf of Plaintiff by Plaintiff's counsel, Katherine R. Siegfried (Plaintiff's Attorney), in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).  Plaintiff was the prevailing party in this matter, and their net worth is less than two million dollars. (ECF Doc. 2). After the Court issues an order for EAJA fees to the Plaintiff, the government will consider the matter of the Plaintiff's assignment of EAJA fees to the Plaintiff's Attorney.

Under *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528-29 (2010), EAJA fees awarded by this Court belong to the Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). Any EAJA fees should, therefore, be awarded to Plaintiff and not to Plaintiff's attorney. If, after receiving the Court's EAJA fee order, the Commissioner (1) determines that Plaintiff has assigned their right to EAJA fees to their attorney; (2) determines that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (3) agrees to waive the requirements of

STIPULATION                              1                    25-cv-9474-LJC

the Anti-Assignment Act, then the EAJA fees will be made payable to Plaintiff's attorney. However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check or electronic fund transfer (EFT) made out to Plaintiff but delivered to Plaintiff's attorney.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses. It does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, all claims that Plaintiff and/or Plaintiff's Attorney, including the Law Office of Katherine Siegfried, may have concerning EAJA attorney fees and expenses in connection with this action. This award is without prejudice to the rights of the Law Office of Katherine Siegfried to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the savings provisions of the EAJA.

Date: June 2, 2026

KATHERINE SIEGFRIED
Law Office of Katherine Siegfried, Esq.
By: /s/*Katherine Siegfried*
Katherine Siegfried
Attorney for the Plaintiff

Date: June 2, 2026

CRAIG H. MISSAKIAN
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

By:     /s/ *Michael Marriott*
Michael Marriott
Special Assistant United States Attorney
Attorney for Defendant
(As authorized per email)

Pursuant to Section 5-1(h) of the Civil Local Rules of the United States District Court for the Northern District of California, I certify that the content of this document is acceptable to counsel for Defendant and that I have obtained authorization from Erin Highland, to affix their electronic signature to this document.

Katherine Siegfried

STIPULATION                     2                  25-cv-9474-LJC

**<u>ORDER</u>**

PURSUANT TO STIPULATION, EQUAL ACCESS TO JUSTICE (EAJA) ATTORNEY FEES ARE ORDERED IN THE AMOUNT OF TWELVE THOUSAND DOLLARS ($12,000), SUBJECT TO OFFSET UNDER THE TREASURY OFFSET PROGRAM, AND SHALL BE PAID IN THE MANNER OUTLINED IN THE PARTIES' STIPULATION.

Dated:_June 25, 2026                    _____
                                         Hon. Lisa J. Cisneros
                                         UNITED STATES MAGISTRATE JUDGE

STIPULATION                3                25-cv-9474-LJC